versed. Judgment reversed, and a new trial ordered, with costs to appellants to abide the event.

REYNOLDS, Respondent, v. ÆTNA LIFE INS. CO. et al., Appellants. (Supreme Court, Appellate Division, Second Department. October 10, 1899.) Action by Frank Reynolds, as receiver, etc., against the Ætna Life Insurance Company. No opinion. Application to resettle order denied. See 51 N. Y. Supp. 446.

RICE, Respondent, v. WOLCOTT, Appellant. (Supreme Court, Appellate Division, Fourth Department. September 27, 1899.) Action by Ernest W. Rice against Ned H. Wolcott. No opinion. Order affirmed, with $10 costs and disbursements.

RICHARDS, Respondent, v. MANHATTAN RY. CO., Appellant. (Supreme Court, Appellate Division, First Department. November 10, 1899.) Action by Philip Richards against the Manhattan Railway Company. J. H. Adams, for appellant. W. Allan, for respondent. No opinion. Judgment affirmed, with costs.

RICHARDS, Respondent, v. WARD, Appellant. (Supreme Court, Appellate Term. October 25, 1899.) Action by Anna Richards against J. Gilliam Ward. Judgment for plaintiff, and defendant appeals. Reversed. Samuel S. Watters, for appellant. Webber & Ludlow, for respondent.

PER CURIAM. The record fails to show that the defendant resides within the jurisdiction of the municipal court, and the judgment must therefore be reversed. Tyroler v. Gummersbach, 28 Misc. Rep. 151, 59 N. Y. Supp. 266, 319. Judgment reversed, and new trial ordered, with costs to the appellant to abide the event.

ROCK, Appellant, v. PETERSEN, Respondent. (Supreme Court, Appellate Division, Fourth Department. October 13, 1899.) Action by James E. Rock against Christian C. Petersen. No opinion. Judgment affirmed, with costs.

ROSE, Respondent, v. BROOKLYN EL. R. CO. et al., Appellants. (Supreme Court, Appellate Division, Second Department. October 17, 1899.) Action by Anna Rose against the Brooklyn Elevated Railroad Company and Frederick Uhlmann, as receiver, etc.

PER CURIAM. Judgment modified, so as to reduce the award for fee damages to the sum of $1,000, and the award for damage to the rental or usable value to the sum of $500, to be recovered against the defendant company and the defendant receiver, and, as modified, affirmed, without costs of this appeal to either party.

ROSSLER, Respondent, v. THIRD AVE. R. CO., Appellant. (Supreme Court, Appellate Division, First Department. November 10, 1899.) Action by George Rossler against the Third Avenue Railroad Company. L. J. Kersberg, for appellant. L. Scheuer, for respondent. No opinion. Order affirmed, with $10 costs and disbursements.

ROTTENBERG, Respondent, v. STAJER et al., Appellants. SAME, Respondent, v. STAJER, Appellant. (Supreme Court, Appellate Term. October 25, 1899.) Actions by Ignatz M. Rottenberg against Louis Stajer and another and against Louis Stajer alone. From an order of the general term affirming an order denying motions to vacate inquests taken by plaintiff, and to open defendants' defaults (59 N. Y. Supp. 192), defendants appeal. Dismissed. Robert L. Turk, for appellants. Edward Mandel, for respondent.

PER CURIAM. Appeal dismissed, with costs to the respondent.

RUPART et al., Appellants, v. MOTT et al., Respondents. (Supreme Court, Appellate Division, Fourth Department. October 13, 1899.) Action by Conrad Rupart and others against Philander Mott and another. No opinion. Motion for leave to appeal to the court of appeals denied. See 58 N. Y. Supp. 1148.

RYAN, Appellant, v. DITTMAR et al., Respondents. (Supreme Court, Appellate Division, Fourth Department. September 27, 1899.) Action by Peter L. Ryan against Anthony J. Dittmar, impleaded, etc. No opinion. Order affirmed, with $10 costs and disbursements.

SCHEICH, Appellant, v. GERMAN ODD FELLOWS' HOME ASS'N OF STATE OF NEW YORK, Respondent. (Supreme Court, Appellate Term. October 25, 1899.) Action by Peter Scheich against the German Odd Fellows' Home Association of the State of New York. From a judgment for plaintiff, defendant appeals. Reversed. August P. Wagener, for appellant. Ennever & Trautman, for respondent.

PER CURIAM. The defendant is a domestic membership corporation, whose principal office is located in the county of Westchester, where it maintains a home for the aged and infirm. The residence of the defendant thus being without the county of New York, the municipal court of the city of New York, borough of Manhattan, Fourth district, had no jurisdiction over it. and the judgment must therefore be reversed. Tyroler v. Gummersbach, 28 Misc. Rep. 151, 59 N. Y. Supp. 266, 319; Phillip Semmer Glass Co. v. Nassau Show-Case Co., 28 Misc. Rep. 577, 59 N. Y. Supp. 530. Judgment reversed, with costs to the appellant.

In re SCOTT et al. (Supreme Court, Appellate Division, Second Department. October 10, 1899.) In the matter of the petition of Richard Scott and another for an order requiring Clarence F. Birdseye. an attorney and counselor of the supreme court to pay over certain moneys.

PER CURIAM. Motion to confirm the report of the referee granted, with $10 costs and disbursements of the reference and of the appeal to the appellant, and respondent directed to pay over, within 20 days, the amount collected by him and still in his hands, with such costs and disbursements, after deducting therefrom the sum of $500 allowed by the referee.

SEAMAN, Appellant, v. FLEISCHMAN, Respondent. (Supreme Court, Appellate Term.